# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GILBERT ZAPATA, JR., <br> Petitioner, <br> v. <br> JEFFERY A. BEARD, <br> Respondent. | Case No. EDCV 15-1640 R(JC) <br><br> JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: July 19, 2016

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE